IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR71 |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO VILLALBA-LOPEZ and | ) | ORDER |
| JAIRO ALVARADO-REFUGIO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 98). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to seal is granted; the government's motion regarding these defendants shall remain sealed pending further order of the Court.

DATED this 21st day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court