IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR71 |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO VILLALBA-LOPEZ and | ) | ORDER |
| JAIRO ALVARADO-REFUGIO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to withdraw (Filing No. 117). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to withdraw sealed Filing No. 99 is granted. Said filing is deemed withdrawn.

DATED this 8th day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court